Joel R. Bryant, Esq. (State Bar No. 149370)
jbryant@gbflawyers.com
GREEN BRYANT & FRENCH LLP
1230 Columbia Street, Suite 1120
San Diego, California 92101
Tel: (619) 239-7900
Fax: (619) 239-7800

Attorneys for Plaintiffs Julio Flores, Adriana Flores,
Daniela Flores, and Liana Flores

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO FLORES et al. | CASE NO: 3:12-cv-00686-JSW |
| Plaintiff(s), | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK, et al. | Date: June 1, 2012<br>Time: 1:30 p.m.<br>Dept.: Courtroom 11, Floor 19<br>Judge: Honorable Jeffrey S. White |
| Defendant(s) | |

Pursuant to the Court's April 3, 2012 Order, a Case Management Conference in the above referenced matter was scheduled for June 1, 2012. The Order further required the parties to file a Joint Case Management Conference Statement no later than May 31, 2012. For the reasons set forth below, Parties hereby stipulate to request that the Court continue the Case Management Conference scheduled for June 1, 2012 to July 13, 2012, at 1:30 p.m..

Lead counsel for plaintiffs is scheduled to appear at a Case Management Conference in the Southern District of California in another matter on June 1, 2012. Initially it appeared that counsel would be able to attend both the Southern District Conference and the Conference in the matter before this Court. Plaintiffs' counsel has since been informed that the Southern Case Management Conference is expected to be lengthy, and as such, would not allow him enough time to attend both Conferences.

Parties agree that as a matter of efficiency, it would be most beneficial to have all parties

1  present at the Case Management Conference

2      NOW, THEREFORE, subject to the Court's approval, Parties, by and through their counsel

3  of record, hereby stipulate to request:

4      1. That the Case Management Conference be continued from June 1, 2012, at 1:30 p.m.,

5  to July 13, 2012, at 1:30 a.m.; and

6      2. That the corresponding deadline to file the Joint Case Management Conference

7  Statement be continued to July 6, 2012.

**GREEN BRYANT & FRENCH, LLP**

Dated: May 22, 2012      /s/ *Joel R. Bryant*
                                Joel R. Bryant, Esq.
                                Jbryant@gbflawyers.com
                                Attorney for Plaintiffs

**CHARLES J. McKEE, COUNTY COUNSEL**

Dated: May 22, 2012      /s/ *William Litt*
                                WILLIAM LITT
                                Deputy County Counsel
                                Attorneys for Defendant
                                COUNTY OF MONTEREY

**CHARLES J. McKEE, COUNTY COUNSEL**

Dated: May 22, 2012      /s/ *Vincent Castillo*
                                VINCENT CASTILLO
                                vcastillo@llcllp.com
                                Attorney for Defendants
                                National Railroad Passenger Corporation
                                Union Pacific Railroad Company

**ORDER**

**IT IS ORDERED THAT:**

1. The Case Management Conference is continued from June 1, 2012, at 1:30 p.m., to __July 13, 2012____;

2. The deadline to file the Joint Case Management Conference Statement is continued from June 31, 2012, to _July 6, 2012_____.

Dated: __May 23, 2012_____   _____
Honorable Jeffrey S. White