Joel R. Bryant, Esq. (State Bar No. 149370)
jbryant@gbflawyers.com
GREEN BRYANT & FRENCH LLP
1230 Columbia Street, Suite 1120
San Diego, California 92101
Tel: (619) 239-7900
Fax: (619) 239-7800

Attorneys for Plaintiffs Julio Flores, Adriana Flores, Daniela Flores, and Liana Flores

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIO FLORES et al.<br><br>Plaintiff(s),<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK, et al.<br><br>Defendant(s) | **CASE NO: 3:12-cv-00686-JSW**<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Date:** June 1, 2012<br>**Time:** 1:30 p.m.<br>**Dept.:** Courtroom 11, Floor 19<br>**Judge:** Honorable Jeffrey S. White |

Pursuant to the Court's April 3, 2012 Order, a Case Management Conference in the above referenced matter was scheduled for June 1, 2012. The Order further required the parties to file a Joint Case Management Conference Statement no later than May 31, 2012. For the reasons set forth below, Parties hereby stipulate to request that the Court continue the Case Management Conference scheduled for June 1, 2012 to July 13, 2012, at 1:30 p.m..

Lead counsel for plaintiffs is scheduled to appear at a Case Management Conference in the Southern District of California in another matter on June 1, 2012. Initially it appeared that counsel would be able to attend both the Southern District Conference and the Conference in the matter before this Court. Plaintiffs' counsel has since been informed that the Southern Case Management Conference is expected to be lengthy, and as such, would not allow him enough time to attend both Conferences.

Parties agree that as a matter of efficiency, it would be most beneficial to have all parties

present at the Case Management Conference

NOW, THEREFORE, subject to the Court's approval, Parties, by and through their counsel of record, hereby stipulate to request:

1. That the Case Management Conference be continued from June 1, 2012, at 1:30 p.m., to July 13, 2012, at 1:30 a.m.; and

2. That the corresponding deadline to file the Joint Case Management Conference Statement be continued to July 6, 2012.

**GREEN BRYANT & FRENCH, LLP**

Dated: May 22, 2012

/s/ *Joel R. Bryant*
Joel R. Bryant, Esq.
Jbryant@gbflawyers.com
Attorney for Plaintiffs

**CHARLES J. McKEE, COUNTY COUNSEL**

Dated: May 22, 2012

/s/ *William Litt*
WILLIAM LITT
Deputy County Counsel
Attorneys for Defendant
COUNTY OF MONTEREY

**CHARLES J. McKEE, COUNTY COUNSEL**

Dated: May 22, 2012

/s/ *Vincent Castillo*
VINCENT CASTILLO
vcastillo@llcllp.com
Attorney for Defendants
National Railroad Passenger Corporation
Union Pacific Railroad Company

**ORDER**

**IT IS ORDERED THAT:**

1. The Case Management Conference is continued from June 1, 2012, at 1:30 p.m., to __July 13, 2012______;

2. The deadline to file the Joint Case Management Conference Statement is continued from June 31, 2012, to _July 6, 2012_______________.

Dated: _May 23, 2012_______________

Jeffrey S. White
______________________________
Honorable Jeffrey S. White