Joel R. Bryant (State Bar No. 149370)
jbryant@gbflawyers.com
GREEN BRYANT & FRENCH LLP
1230 Columbia Street, Suite 1120
San Diego, California 92101
Tel: (619) 239-7900
Fax: (619) 239-7800

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Flores et al.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NATIONAL RAILROAD PASSENGER CORP. dba AMTRAK, et al.,<br><br>　　　　Defendants. | Case No. 3:12:CV-686-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO COMPLETE DISCOVERY**<br><br>Trial Date:　August 26, 2013<br>Time:　　　9:30 a.m.<br>Dept.:　　　Courtroom B, 15th Flr.<br>Judge:　　　Hon. Maria Elena James |

　　　Pursuant to the Court's July 26, 2012 Case Management Order, all discovery, including depositions of expert witnesses, must be completed by February 19, 2013. Plaintiffs and Defendants, National Railroad Passenger Corp. ("Amtrak"), Union Pacific, and Monterey County, (collectively "Defendants") by and through their respective counsel, hereby stipulate and respectfully request to modify the Case Management Order. Good cause exists to continue the discovery completion deadline in order to facilitate further settlement discussions between parties, and accommodate the litigation schedules of all counsel involved in this case.

　　　NOW, THEREFORE, subject to the Court's approval, the parties, through their counsel of record, stipulate, agree, and respectfully request that the following modifications to the Case Management Order shall be made:

1. That the Disclosure of Expert Witnesses be continued from January 25, 2013 to March 26, 2013;

2. That Disclosure of Rebuttal Expert Witnesses be continued from February 4, 2013 to April 5, 2013;

3. The Discovery cut-off be continued from February 19, 2013 to April 26, 2013;

4. That the last day to file dispositive motions be continued from March 21, 2013 to May 20, 2013;

5. That the last day to hear dispositive motions be continued from April 25, 2013 to June 24, 2013;

6. That all other dates listed in the Case Management Order remain unchanged. The initial pre-trial conference shall remain on July 25, 2013. The final pre-trial conference shall remain on August 22, 2013, and trial shall remain scheduled to commence on August 26, 2013.

Respectfully submitted,

**GREEN BRYANT & FRENCH, LLP**

Dated: December 11, 2012   /s/ *Joel R. Bryant*
Joel R. Bryant, Esq.
Jbryant@gbflawyers.com
Attorney for Plaintiffs

**CHARLES J. McKEE, COUNTY COUNSEL**

Dated: December 11, 2012   /s/ *William M. Litt*
William M. Litt
Deputy County Counsel
Attorney for Defendant, County of Monterey

1

2 Dated: December 11, 2012

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREEN BRYANT &
FRENCH, LLP

**LOMBARDI LOPER & CONANT**

/s/  *Vincent Castillo*

Vincent Castillo
vcastillo@llcllp.com
Attorney for Defendants, Union Pacific Railroad
National Railroad Passenger Corporation

-3-

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DISCOVERY COMPLETION;
CASE NO. 3:12:CV-686-MEJ

# ORDER

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED THAT:

1. That the Disclosure of Expert Witnesses be continued from January 25, 2013 to March 26, 2013;

2. That Disclosure of Rebuttal Expert Witnesses be continued from February 4, 2013 to April 5, 2013;

3. The Discovery cut-off be continued from February 19, 2013 to April 26, 2013;

4. That the last day to file dispositive motions be continued from March 21, 2013 to May 20, 2013;

5. That the last day to hear dispositive motions be continued from April 25, 2013 to June 24, 2013;

6. That all other dates listed in the Case Management Order remain unchanged. The initial pre-trial conference shall remain on July 25, 2013. The final pre-trial conference shall remain on August 22, 2013, and trial shall remain scheduled to commence on August 26, 2013.

Dated: December 11, 2012  _____
Hon. Maria Elena James

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically sent via the Court's electronic case filing system on December 11, 2012 to counsel for Defendant.

**GREEN BRYANT & FRENCH, LLP**

Dated: December 11, 2012   /s/  *Joel R. Bryant*
Joel R. Bryant, Esq.
Jbryant@gbflawyers.com
Attorney for Plaintiffs