1  Joel R. Bryant (State Bar No. 149370)
   jbryant@gbflawyers.com
2  GREEN BRYANT & FRENCH LLP
   1230 Columbia Street, Suite 1120
3  San Diego, California 92101
   Tel: (619) 239-7900
4  Fax: (619) 239-7800

5  Attorneys for Plaintiffs

6

7

8                     UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10  Flores et al.                    Case No. 3:12:CV-686-MEJ

11            Plaintiffs,            **STIPULATION AND [PROPOSED]**
                                     **ORDER TO CONTINUE DEADLINE**
12     v.                            **TO COMPLETE DISCOVERY**

13  NATIONAL RAILROAD
    PASSENGER CORP. dba              Trial Date:  August 26, 2013
14  AMTRAK, et al.,                  Time:        9:30 a.m.
                                     Dept.:       Courtroom B, 15th Flr.
15                                   Judge:       Hon. Maria Elena James

16            Defendants.

17          Pursuant to the Court's July 26, 2012 Case Management Order, all discovery,

18  including depositions of expert witnesses, must be completed by February 19, 2013.

19  Plaintiffs and Defendants, National Railroad Passenger Corp. ("Amtrak"), Union

20  Pacific, and Monterey County, (collectively "Defendants") by and through their

21  respective counsel, hereby stipulate and respectfully request to modify the Case

22  Management Order. Good cause exists to continue the discovery completion

23  deadline in order to facilitate further settlement discussions between parties, and

24  accommodate the litigation schedules of all counsel involved in this case.

25          NOW, THEREFORE, subject to the Court's approval, the parties, through

26  their counsel of record, stipulate, agree, and respectfully request that the following

27  modifications to the Case Management Order shall be made:

28

GREEN BRYANT &
FRENCH, LLP
                              -1-

1.    That the Disclosure of Expert Witnesses be continued from January 25, 2013 to March 26, 2013;

2.    That Disclosure of Rebuttal Expert Witnesses be continued from February 4, 2013 to April 5, 2013;

3.    The Discovery cut-off  be continued from February 19, 2013 to April 26, 2013;

4.    That the last day to file dispositive motions be continued from March 21, 2013 to May 20, 2013;

5.    That the last day to hear dispositive motions be continued from April 25, 2013 to June 24, 2013;

6.    That all other dates listed in the Case Management Order remain unchanged. The initial pre-trial conference shall remain on July 25, 2013. The final pre-trial conference shall remain on August 22, 2013, and trial shall remain scheduled to commence on August 26, 2013.


Respectfully submitted,


**GREEN BRYANT & FRENCH, LLP**

Dated: December 11, 2012      /s/  *Joel R. Bryant*
Joel R. Bryant, Esq.
Jbryant@gbflawyers.com
Attorney for Plaintiffs


**CHARLES J. McKEE, COUNTY COUNSEL**

Dated: December 11, 2012      /s/  *William M. Litt*
William M. Litt
Deputy County Counsel
Attorney for Defendant, County of Monterey

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LOMBARDI LOPER & CONANT**

Dated: December 11, 2012       _____/s/___ *Vincent Castillo*

Vincent Castillo
vcastillo@llcllp.com
Attorney for Defendants, Union Pacific Railroad
National Railroad Passenger Corporation

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED THAT:

1.     That the Disclosure of Expert Witnesses be continued from January 25, 2013 to March 26, 2013;

2.     That Disclosure of Rebuttal Expert Witnesses be continued from February 4, 2013 to April 5, 2013;

3.     The Discovery cut-off  be continued from February 19, 2013 to April 26, 2013;

4.     That the last day to file dispositive motions be continued from March 21, 2013 to May 20, 2013;

5.     That the last day to hear dispositive motions be continued from April 25, 2013 to June 24, 2013;

6.     That all other dates listed in the Case Management Order remain unchanged. The initial pre-trial conference shall remain on July 25, 2013. The final pre-trial conference shall remain on August 22, 2013, and trial shall remain scheduled to commence on August 26, 2013.


Dated: December 11,2012        _____

                                Hon. Maria Elena James

-4-

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DISCOVERY COMPLETION;
CASE NO. 3:12:CV-686-MEJ

1

## CERTIFICATE OF SERVICE

2

3      I hereby certify that a copy of the foregoing was electronically sent via the

4    Court's electronic case filing system on December 11, 2012 to counsel for

5    Defendant.

6

7                                  **GREEN BRYANT & FRENCH, LLP**

8

9    Dated: December 11, 2012              _____/s/_  *Joel R. Bryant*

10                                          Joel R. Bryant, Esq.
                                            Jbryant@gbflawyers.com
11                                          Attorney for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-

DCACTIVE-17851622.2