UNITED STATES DISTRICT COURT

Northern District of California

JULIO FLORES, et al.,

                Plaintiffs,

  v.

NATIONAL RAILROAD PASSENGER CORP. dba AMTRAK, et al.,

                Defendants.
_____/

No. C-12-686 MEJ

**ORDER RE: CASE MANAGEMENT REQUESTS**

The Court is in receipt of the parties' request for a case management conference. Upon review of the parties' request, the Court finds a conference unnecessary and ORDERS as follows:

1) To the extent that the parties all seek to extend case management deadlines (including deposing experts), they shall file a stipulation and proposed order;

2) To the extent that the parties are unable to reach an agreement regarding any deadlines (including rebuttal expert reports), they shall comply with the undersigned's discovery standing order;

3) To the extent that the parties object to the content of expert reports, such objections are properly addressed through rebuttal expert reports, objections filed as part of or in opposition to a summary judgment motion, or in motions in limine; and

4) Any party submitting the train's locomotive video (or any other video) shall manually file it in compliance with Civil Local 5-1(f).

**IT IS SO ORDERED.**

Dated: May 9, 2013

                                                    _____
                                                    Maria-Elena James
                                                    United States Magistrate Judge