1 | CHARLES J. McKEE (SBN 152458)
County Counsel
2 | WILLIAM M. LITT (SBN 166614)
Deputy County Counsel
3 | OFFICE OF THE MONTEREY COUNTY COUNSEL
168 W. Alisal Street, Third Floor
4 | Salinas, CA  93901-2439
Telephone:  (831) 755-5045
5 | Facsimile:  (831) 755-5283
Email: littwm@co.monterey.ca.us

7 | Attorneys for Defendant, COUNTY OF MONTEREY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIO FLORES, on his own behalf and as a successor-in-interest to decedent, PRISCILLA FLORES; ADRIANA FLORES, an individual; DANIELA FLORES, an individual; LIANA FLORES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK; UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; COUNTY OF MONTEREY; STATE OF CALIFORNIA; DOES 1-100, inclusive,<br><br>Defendants. | Case No: 3:12-CV-00686-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY DISPOSITIVE MOTION SCHEDULE.**<br><br><br><br>Trial Date:  August 26, 2013<br>Time:            9:30 a.m.<br>Courtroom: B - 15th Floor<br>Judge: The Honorable Maria Elena James |

Pursuant to the Case Management Order of December 11, 2012, the last day to file dispositive motions in this action is May 20, 2013 and the last day to hear dispositive motions is June 24, 2013.  Plaintiffs and Defendants, National Passenger Railroad Corp. ("Amtrak"), Union Pacific Railroad, and Monterey County (collectively, "Defendants"), by and through their respective counsel, hereby stipulate and respectfully request to modify the December 11, 2012

1

1  Case Management Order.  Good cause exists to continue the dispositive motion deadlines in
2  order to facilitate further settlement discussions between the parties and accommodate the
3  litigation schedules of counsel, as well as to account for the Court's calendar being full on June
4  20, 2013 and counsel for Monterey County being overseas on June 27, 2013.
5       NOW THEREFORE, subject to the Court's approval, the parties, through their counsel of
6  record, stipulate, agree, and respectfully request that the following modifications to the Case
7  Management Order be made:
8       1.   That the last day to file dispositive motions be continued from May 20, 2013 to
9  May 31, 2013;
10      2.   That the last day to hear dispositive motions be continued from June 24, 2013 to
11 July 11, 2013;
12      3.   That Defendants' respective motions for summary judgment be calendared for
13 July 11, 2013;
14      4.   That all other dates listed in the Case Management Order of July 26, 2012, as
15 modified by the Case Management Order of December 11, 2012, remain unchanged, including
16 the August 26, 2013 trial date and the dates of all other pretrial proceedings.

17                              Respectfully submitted,

18 Dated:  May 10, 2013              GREEN BRYANT & FRENCH, LLP

19
                              By:   */s/ Jason Julius*
20                                   JASON JULIUS
                                  Attorneys for Plaintiffs
21

22 Dated:  May 10, 2013              LOMBARDI LOPER & CONANT

23
                              By:   */s/ Liza Siu Mendoza*
24                                   LIZA SIU MENDOZA
                                  Attorneys for Defendants, Union Pacific
25                                   Railroad; National Railroad Passenger
                                  Corporation
26
27 / / / / /

28 / / / / /

*Flores, et al. v. National Railroad Passenger Corporation, et al.*             CASE NO. 3:12-CV-00686-MEJ
Stipulation & [Proposed] Order to Modify Dispositive Motion Schedule

Dated: May 10, 2013.              CHARLES J. McKEE, COUNTY COUNSEL

                                  By:  /s/ William Litt
                                       WILLIAM LITT
                                       Deputy County Counsel
                                       Attorneys for Defendant County of Monterey

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED THAT:

1. That the last day to file dispositive motions be continued from May 20, 2013 to May 31, 2013;

2. That the last day to hear dispositive motions be continued from June 24, 2013 to July 11, 2013;

3. That Defendants' respective motions for summary judgment be calendared for July 11, 2013;

4. That all other dates listed in the Case Management Order of July 26, 2012, as modified by the Case Management Order of December 11, 2012, remain unchanged, including the August 26, 2013 trial date and the dates of all other pretrial proceedings.

Dated:   May 13, 2013

THE HONORABLE MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

3

*Flores, et al. v. National Railroad Passenger Corporation, et al.*                    CASE NO. 3:12-CV-00686-MEJ
Stipulation & [Proposed] Order to Modify Dispositive Motion Schedule