1 | CHARLES J. McKEE (SBN 152458)
County Counsel
2 | WILLIAM M. LITT (SBN 166614)
Deputy County Counsel
3 | OFFICE OF THE MONTEREY COUNTY COUNSEL
168 W. Alisal Street, Third Floor
4 | Salinas, CA  93901-2439
Telephone:  (831) 755-5045
5 | Facsimile:  (831) 755-5283
Email: littwm@co.monterey.ca.us

7 | Attorneys for Defendant, COUNTY OF MONTEREY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| JULIO FLORES, on his own behalf and as a successor-in-interest to decedent, PRISCILLA FLORES; ADRIANA FLORES, an individual; DANIELA FLORES, an individual; LIANA FLORES, an individual, | Case No: 3:12-CV-00686-MEJ |
| | |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY DISPOSITIVE MOTION SCHEDULE.** |
| vs. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK; UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; COUNTY OF MONTEREY; STATE OF CALIFORNIA; DOES 1-100, inclusive, | Trial Date:  August 26, 2013 Time:         9:30 a.m. Courtroom: B - 15th Floor Judge: The Honorable Maria Elena James |
| Defendants. | |

Pursuant to the Case Management Order of December 11, 2012, the last day to file

dispositive motions in this action is May 20, 2013 and the last day to hear dispositive motions is

June 24, 2013.  Plaintiffs and Defendants, National Passenger Railroad Corp. ("Amtrak"), Union

Pacific Railroad, and Monterey County (collectively, "Defendants"), by and through their

respective counsel, hereby stipulate and respectfully request to modify the December 11, 2012

1

1   Case Management Order.  Good cause exists to continue the dispositive motion deadlines in

2   order to facilitate further settlement discussions between the parties and accommodate the

3   litigation schedules of counsel, as well as to account for the Court's calendar being full on June

4   20, 2013 and counsel for Monterey County being overseas on June 27, 2013.

5           NOW THEREFORE, subject to the Court's approval, the parties, through their counsel of

6   record, stipulate, agree, and respectfully request that the following modifications to the Case

7   Management Order be made:

8           1.      That the last day to file dispositive motions be continued from May 20, 2013 to

9   May 31, 2013;

10          2.      That the last day to hear dispositive motions be continued from June 24, 2013 to

11  July 11, 2013;

12          3.      That Defendants' respective motions for summary judgment be calendared for

13  July 11, 2013;

14          4.      That all other dates listed in the Case Management Order of July 26, 2012, as

15  modified by the Case Management Order of December 11, 2012, remain unchanged, including

16  the August 26, 2013 trial date and the dates of all other pretrial proceedings.

17                                  Respectfully submitted,

18  Dated:  May 10, 2013            GREEN BRYANT & FRENCH, LLP

19
                                    By:     /s/ Jason Julius
20                                          JASON JULIUS
                                            Attorneys for Plaintiffs
21

22  Dated:  May 10, 2013            LOMBARDI LOPER & CONANT

23
                                    By:     /s/ Liza Siu Mendoza
24                                          LIZA SIU MENDOZA
                                            Attorneys for Defendants, Union Pacific
25                                          Railroad; National Railroad Passenger
                                            Corporation
26

27  / / / / /

28  / / / / /

                                            2

1  Dated:  May 10, 2013.                    CHARLES J. McKEE, COUNTY COUNSEL

2
                                           By:    */s/ William Litt*
3                                                 WILLIAM LITT
                                                  Deputy County Counsel
4                                                 Attorneys for Defendant County of Monterey

5

6                                    **ORDER**

7          PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE,

8  IT IS ORDERED THAT:

9          1.      That the last day to file dispositive motions be continued from May 20, 2013 to

10  May 31, 2013;

11         2.      That the last day to hear dispositive motions be continued from June 24, 2013 to

12  July 11, 2013;

13         3.      That Defendants' respective motions for summary judgment be calendared for

14  July 11, 2013;

15         4.      That all other dates listed in the Case Management Order of July 26, 2012, as

16  modified by the Case Management Order of December 11, 2012, remain unchanged, including

17  the August 26, 2013 trial date and the dates of all other pretrial proceedings.

18

19  Dated:      May 13, 2013               _____
20                                         THE HONORABLE MARIA ELENA JAMES
                                           UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28
                                            3

*Flores, et al. v. National Railroad Passenger Corporation, et al.*          CASE NO. 3:12-CV-00686-MEJ
Stipulation & [Proposed] Order to Modify Dispositive Motion Schedule