Joel R. Bryant (State Bar No. 149370)
jbryant@gbflawyers.com
GREEN BRYANT & FRENCH LLP
1230 Columbia Street, Suite 1120
San Diego, California 92101
Tel: (619) 239-7900
Fax: (619) 239-7800

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO FLORES, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORP. dba AMTRAK, et al.,<br><br>    Defendants. | Case No. 3:12:CV-686-MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL PRE-TRIAL CONFERENCE AND RELATED CASE MANAGEMENT DATES**<br><br>Trial Date: August 26, 2013<br>Time:     9:30 a.m.<br>Dept.:     Courtroom B, 15th Flr.<br>Judge:    Hon. Maria Elena James |

Pursuant to the Court's July 26, 2012 Case Management Order, and subsequent December 11, 2012 order, the initial Pre-Trial Conference is currently calendared for July 25, 2013. Additionally, the following dates have been set by the Court and are currently calendared: Trial Papers, as set forth in Section H(A)-(K) of the July 26, 2012 Case Management Order, are to be filed by July 11, 2013; Motions in Limine are to be filed by July 11, 2013, with oppositions due by July 18, 2013; and Trial Briefs, Voir Dire, proposed Jury Instructions, and proposed Verdict Forms to be filed by July 26, 2013.

Further, the hearing on Defendants Amtrak and Union Pacific's Motion for Summary Judgment was calendared for July 11, 2013, but was taken off calendar by the Court, sua sponte, as a result of scheduled mediation between the parties.

Upon request by Plaintiffs and agreement by Defendants to the same, Plaintiffs and Defendants, National Railroad Passenger Corp. ("Amtrak"), Union Pacific, and Monterey County, (collectively "Defendants") by and through their respective counsel, hereby stipulate and respectfully request to modify the Case Management Order. Good cause exists to continue the dates set forth above in order to allow the parties to mediate this matter. Mediation is scheduled to occur before mediator Charles Hawkins on July 25, 2013.

NOW, THEREFORE, subject to the Court's approval, the parties, through their counsel of record, stipulate, agree, and respectfully request that the following modifications to the Case Management Order shall be made:

1. That the Initial Pre-Trial Conference be continued from July 25, 2013 to August 8, 2013;

2. That the date for filing Trial Papers, as set forth in Section H(A)-(K) of the July 26, 2012 Case Management Order, be continued from July 11, 2013 to July 18, 2013;

3. That the date for filing Motions in Limine be continued from July 11, 2013 to July 26, 2013, and that the date for filing Oppositions to the same be continued from July 18, 2013 to August 2, 2013;

4. That the date for filing Trial Briefs, requested Voir Dire, proposed Jury Instructions, and proposed Verdict Forms, be continued from July 26, 2013 to August 2, 2013;

5. That the hearing on Defendants Amtrak and Union Pacific's Motion for Summary Judgment be calendared for August 1, 2013.

6. That trial shall remain scheduled to commence on August 26, 2013.

Respectfully submitted,

**GREEN BRYANT & FRENCH, LLP**

Dated: July 1, 2013        /s/  *Joel R. Bryant*
Joel R. Bryant, Esq.
Jbryant@gbflawyers.com
Attorney for Plaintiffs

**CHARLES J. McKEE, COUNTY COUNSEL**

Dated: July 1, 2013        /s/  *Susan K. Blitch*
Susan K. Blitch (SBN 187761)
Senior Deputy County Counsel
Attorney for Defendant, County of Monterey

**LOMBARDI LOPER & CONANT**

Dated: July 1, 2013        /s/ *Vincent Castillo*
Vincent Castillo
vcastillo@llcllp.com
Attorney for Defendants, Union Pacific Railroad
National Railroad Passenger Corporation

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED THAT:

1. That the Initial Pre-Trial Conference be continued from July 25, 2013 to August 8, 2013;

2. That the date for filing Trial Papers, as set forth in Section H(A)-(K) of the July 26, 2012 Case Management Order, be continued from July 11, 2013 to July 18, 2013;

3. That the date for filing Motions in Limine be continued from July 11, 2013 to July 26, 2013, and that the date for filing Oppositions to the same be continued from July 18, 2013 to August 2, 2013;

4. That the date for filing Trial Briefs, requested Voir Dire, proposed Jury Instructions, and proposed Verdict Forms, be continued from July 26, 2013 to August 2, 2013;

5. That the hearing on Defendants Amtrak and Union Pacific's Motion for Summary Judgment be calendared for August 1, 2013.

6. That trial shall remain scheduled to commence on August 26, 2013.

Dated: __July 8, 2013__     _____
                                                                   Hon. Maria Elena James

```
All dates are VACATED. A joint status report shall be filed
2 weeks after the completion of mediation.  If the case settles
in mediation the parties shall advise the Court immediately.
IT IS SO ORDERED.
```

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically sent via the Court's electronic case filing system on July 1, 2013 to counsel for Defendants.

**GREEN BRYANT & FRENCH, LLP**

Dated: July 1, 2013        /s/ *Joel R. Bryant*
Joel R. Bryant, Esq.
Jbryant@gbflawyers.com
Attorney for Plaintiffs