1  Joel R. Bryant (State Bar No. 149370)
   jbryant@gbflawyers.com
2  GREEN BRYANT & FRENCH LLP
   1230 Columbia Street, Suite 1120
3  San Diego, California 92101
   Tel: (619) 239-7900
4  Fax: (619) 239-7800

5  Attorneys for Plaintiffs

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10 JULIO FLORES, et al.                Case No. 3:12:CV-686-MEJ

11         Plaintiffs,                 **STIPULATION AND [PROPOSED]
                                       ORDER TO CONTINUE INITIAL
12    v.                               PRE-TRIAL CONFERENCE AND
                                       RELATED CASE MANAGEMENT
13 NATIONAL RAILROAD                   DATES**
   PASSENGER CORP. dba
14 AMTRAK, et al.,
                                       Trial Date: August 26, 2013
15                                     Time:       9:30 a.m.
                                       Dept.:      Courtroom B, 15th Flr.
16         Defendants.                 Judge:      Hon. Maria Elena James

17     Pursuant to the Court's July 26, 2012 Case Management Order, and
18 subsequent December 11, 2012 order, the initial Pre-Trial Conference is currently
19 calendared for July 25, 2013. Additionally, the following dates have been set by the
20 Court and are currently calendared: Trial Papers, as set forth in Section H(A)-(K) of
21 the July 26, 2012 Case Management Order, are to be filed by July 11, 2013;
22 Motions in Limine are to be filed by July 11, 2013, with oppositions due by July
23 18, 2013; and Trial Briefs, Voir Dire, proposed Jury Instructions, and proposed
24 Verdict Forms to be filed by July 26, 2013.

25     Further, the hearing on Defendants Amtrak and Union Pacific's Motion for
26 Summary Judgment was calendared for July 11, 2013, but was taken off calendar
27 by the Court, sua sponte, as a result of scheduled mediation between the parties.

28

Upon request by Plaintiffs and agreement by Defendants to the same, Plaintiffs and Defendants, National Railroad Passenger Corp. ("Amtrak"), Union Pacific, and Monterey County, (collectively "Defendants") by and through their respective counsel, hereby stipulate and respectfully request to modify the Case Management Order. Good cause exists to continue the dates set forth above in order to allow the parties to mediate this matter. Mediation is scheduled to occur before mediator Charles Hawkins on July 25, 2013.

NOW, THEREFORE, subject to the Court's approval, the parties, through their counsel of record, stipulate, agree, and respectfully request that the following modifications to the Case Management Order shall be made:

1. That the Initial Pre-Trial Conference be continued from July 25, 2013 to August 8, 2013;

2. That the date for filing Trial Papers, as set forth in Section H(A)-(K) of the July 26, 2012 Case Management Order, be continued from July 11, 2013 to July 18, 2013;

3. That the date for filing Motions in Limine be continued from July 11, 2013 to July 26, 2013, and that the date for filing Oppositions to the same be continued from July 18, 2013 to August 2, 2013;

4. That the date for filing Trial Briefs, requested Voir Dire, proposed Jury Instructions, and proposed Verdict Forms, be continued from July 26, 2013 to August 2, 2013;

5. That the hearing on Defendants Amtrak and Union Pacific's Motion for Summary Judgment be calendared for August 1, 2013.

6. That trial shall remain scheduled to commence on August 26, 2013.

Respectfully submitted,

**GREEN BRYANT & FRENCH, LLP**

Dated: July 1, 2013     /s/ *Joel R. Bryant*
Joel R. Bryant, Esq.
Jbryant@gbflawyers.com
Attorney for Plaintiffs

**CHARLES J. McKEE, COUNTY COUNSEL**

Dated: July 1, 2013     /s/ *Susan K. Blitch*
Susan K. Blitch (SBN 187761)
Senior Deputy County Counsel
Attorney for Defendant, County of Monterey

**LOMBARDI LOPER & CONANT**

Dated: July 1, 2013     /s/ *Vincent Castillo*
Vincent Castillo
vcastillo@llcllp.com
Attorney for Defendants, Union Pacific Railroad
National Railroad Passenger Corporation

# ORDER

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED THAT:

1. That the Initial Pre-Trial Conference be continued from July 25, 2013 to August 8, 2013;

2. That the date for filing Trial Papers, as set forth in Section H(A)-(K) of the July 26, 2012 Case Management Order, be continued from July 11, 2013 to July 18, 2013;

3. That the date for filing Motions in Limine be continued from July 11, 2013 to July 26, 2013, and that the date for filing Oppositions to the same be continued from July 18, 2013 to August 2, 2013;

4. That the date for filing Trial Briefs, requested Voir Dire, proposed Jury Instructions, and proposed Verdict Forms, be continued from July 26, 2013 to August 2, 2013;

5. That the hearing on Defendants Amtrak and Union Pacific's Motion for Summary Judgment be calendared for August 1, 2013.

6. That trial shall remain scheduled to commence on August 26, 2013.

Dated: __July 8, 2013__   _____
                          Hon. Maria Elena James

```
All dates are VACATED. A joint status report shall be filed
2 weeks after the completion of mediation.  If the case settles
in mediation the parties shall advise the Court immediately.
IT IS SO ORDERED.
```

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically sent via the Court's electronic case filing system on July 1, 2013 to counsel for Defendants.

**GREEN BRYANT & FRENCH, LLP**

Dated: July 1, 2013         /s/  *Joel R. Bryant*
Joel R. Bryant, Esq.
Jbryant@gbflawyers.com
Attorney for Plaintiffs