CHARLES J. McKEE (SBN 152458)
County Counsel
WILLIAM M. LITT (SBN 166614)
Deputy County Counsel
OFFICE OF THE MONTEREY COUNTY COUNSEL
168 W. Alisal Street, Third Floor
Salinas, CA 93901-2439
Telephone: (831) 755-5045
Facsimile: (831) 755-5283
Email: littwm@co.monterey.ca.us

Attorneys for Defendant, COUNTY OF MONTEREY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIO FLORES, on his own behalf and as a successor-in-interest to decedent, PRISCILLA FLORES; ADRIANA FLORES, an individual; DANIELA FLORES, an individual; LIANA FLORES, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION, dba AMTRAK; UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; COUNTY OF MONTEREY; STATE OF CALIFORNIA; DOES 1-100, inclusive, <br><br> Defendants. | Case No: 3:12-CV-00686-MEJ <br><br> **STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between Julio Flores, Adriana Flores, Daniela Flores and Liana Flores, Plaintiffs herein and Defendant County of Monterey, through their

/ / / / /

/ / / / /

1

designated counsel, that the County of Monterey be and is hereby dismissed with prejudice from the above-captioned action pursuant to FRCP 41(a)(1).

Dated: July 1, 2013.    GREEN BRYANT & FRENCH, LLP

By: _____
JASON JULIUS
Attorneys for Plaintiffs

Dated: July 3, 2013.    CHARLES J. McKEE, COUNTY COUNSEL

By: _____
SUSAN K. BLITCH
Senior Deputy County Counsel
Attorneys for Defendant COUNTY OF MONTEREY



IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Defendant, County of Monterey is dismissed with prejudice from the above captioned action.
Dated: 7/10/2013

2

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically sent via the Court's electronic case filing system on July 9, 2013, to counsel for Defendants.

**GREEN BRYANT & FRENCH, LLP**

Dated: July 9, 2013

/s/ *Joel R. Bryant*
Joel R. Bryant, Esq.
Jbryant@gbflawyers.com
Attorney for Plaintiffs