Joel R. Bryant (State Bar No. 149370)
jbryant@gbflawyers.com
GREEN BRYANT & FRENCH LLP
1230 Columbia Street, Suite 1120
San Diego, California 92101
Tel: (619) 239-7900
Fax: (619) 239-7800

John Gomez (State Bar No. 171485)
john@thegomezfirm.com
Jeremiah Lowe (State Bar No. 239166)
jeremiah@thegomezfirm.com
Gomez Iagmin Trial Attorneys
655 West Broadway, Suite 1700
San Diego, California 92101
Tel: (619) 237-3490/Fax (619) 237-3496

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO FLORES, on his own behalf and as a successor-in-interest to decedent, PRISCILLA FLORES; ADRIANA FLORES, an individual; DANIELA FLORES, an individual; LIANA FLORES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORP. dba AMTRAK, ; UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; COUNTY OF MONTEREY; STATE OF CALIFORNIA; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:12:CV-686-MEJ<br><br>**NOTICE OF SETTLEMENT**<br><br>Dept.:    Courtroom B, 15th Flr.<br>Judge:   Hon. Maria Elena James |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Pursuant to Local Rule 40-1 and this Court's July 8, 2013 Order, please take notice that Plaintiffs JULIO FLORES, on his own behalf and as a successor-in-

-1-

NOTICE OF SETTLEMENT
CASE NO. 3:12:CV-686-MEJ

interest to decedent, PRISCILLA FLORES, ADRIANA FLORES, DANIELA FLORES and LIANA FLORES ("Plaintiffs") have settled the instant action with Defendants NATIONAL RAILROARD PASSENGER CORP. dba AMTRAK, and UNION PACIFIC RAILROAD COMPANY ("Defendants").

    Plaintiffs hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 45 days in which to file the dismissal.

    Respectfully submitted,

**GREEN BRYANT & FRENCH, LLP**

Dated: August 8, 2013

    /s/  *Joel R. Bryant*
Joel R. Bryant, Esq.
Jbryant@gbflawyers.com
Attorney for Plaintiffs

---

**GRANTED** — Judge Maria-Elena James (United States District Court, Northern District of California seal)

Dated: 8/9/2013

Plaintiff's request for 45 days in which to file a dismissal of this matter is GRANTED.
All pending deadlines are hereby VACATED.