B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
LIZA SIU MENDOZA, State Bar No. 242493
lsiumendoza@llcllp.com
JAN M. ROOS, State Bar No. 287031
jroos@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:	(510) 433-2600
Facsimile:	(510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK, AND UNION
PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JULIO FLORES, on his own behalf and as a successor-in-interest to decedent, PRISCILLA FLORES; ADRIANA FLORES, an individual; DANIELA FLORES, an individual; LIANA FLORES, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK; UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; COUNTY OF MONTEREY; STATE OF CALIFORNIA; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.  3:12-CV-00686 MEJ<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between plaintiffs JULIO FLORES, on his own behalf and as successor-in-interest to decedent PRISCILLA FLORES, ADRIANA FLORES, DANIELA FLORES & LIANA FLORES and defendants NATIONAL RAILROAD PASSENGER COMPANY dba AMTRAK and UNION PACIFIC RAILROAD COMPANY, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1). Each party agrees to bear their own costs.

Dated: September 17, 2013

GREEN BRYANT & FRENCH, LLP

By: _____
JOEL R. BRYANT
JASON J. JULIUS
Attorneys for Plaintiffs
JULIO FLORES, on his own behalf and as a successor-in-interest to decedent, PRISCILLA FLORES; ADRIANA FLORES, an individual; DANIELA FLORES, an individual; LIANA FLORES, an individual,

Dated: September 5, 2013

LOMBARDI, LOPER & CONANT, LLP

By: _____
B. CLYDE HUTCHINSON
VINCENT CASTILLO
LIZA SIU MENDOZA
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, AND UNION PACIFIC RAILROAD COMPANY

IT IS SO ORDERED.

Dated: September 16, 2013

_____
HONORABLE MARIA-ELENA JAMES