B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
LIZA SIU MENDOZA, State Bar No. 242493
lsiumendoza@llcllp.com
JAN M. ROOS, State Bar No. 287031
jroos@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:      (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK, AND UNION
PACIFIC RAILROAD COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

|  |  |
|---|---|
| JULIO FLORES, on his own behalf and as a successor-in-interest to decedent, PRISCILLA FLORES; ADRIANA FLORES, an individual; DANIELA FLORES, an individual; LIANA FLORES, an individual,<br><br>                    Plaintiffs,<br><br>          v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK; UNION PACIFIC RAILROAD COMPANY, a Delaware Corporation; COUNTY OF MONTEREY; STATE OF CALIFORNIA; and DOES 1-100, inclusive,<br><br>                    Defendants. | Case No.  3:12-CV-00686 MEJ<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

1    IT IS HEREBY STIPULATED by and between plaintiffs JULIO FLORES, on his own

2  behalf and as successor-in-interest to decedent PRISCILLA FLORES, ADRIANA FLORES,

3  DANIELA FLORES & LIANA FLORES and defendants NATIONAL RAILROAD

4  PASSENGER COMPANY dba AMTRAK and UNION PACIFIC RAILROAD COMPANY,

5  through their designated counsel, that the above-captioned action be and hereby is dismissed

6  with prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).  Each party agrees to

7  bear their own costs.

8  Dated: September 17, 2013                    GREEN BRYANT & FRENCH, LLP

9

10                                                        By: _____

11                                                            JOEL R. BRYANT
                                                            JASON J. JULIUS
12                                                          Attorneys for Plaintiffs
                                                            JULIO FLORES, on his own behalf and as a
13                                                          successor-in-interest to decedent, PRISCILLA
                                                            FLORES; ADRIANA FLORES, an individual;
14                                                          DANIELA FLORES, an individual; LIANA
                                                            FLORES, an individual,

15

16

17  Dated: September 5, 2013                     LOMBARDI, LOPER & CONANT, LLP

18

19                                                        By: _____
                                                            B. CLYDE HUTCHINSON
20                                                          VINCENT CASTILLO
                                                            LIZA SIU MENDOZA
21                                                          Attorneys for Defendants
                                                            NATIONAL RAILROAD PASSENGER
22                                                          CORPORATION dba AMTRAK, AND
                                                            UNION PACIFIC RAILROAD COMPANY

23  IT IS SO ORDERED.

24

25  Dated: September 16, 2013

26

27

28  _____
                                HONORABLE MARIA-ELENA JAMES

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541